**DISMISS and Opinion Filed October 31, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01388-CV

**TIM SIEGEL AND JENNIFER SIEGEL AS NEXT FRIENDS OF LXXX SXXXXX, A MINOR CHILD, Appellant**

**V.**

**GALG, LLC D/B/A GOODSON GOLF & UTILITY CARS, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17245**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Reichek
Opinion by Chief Justice Burns, III

Before the Court is the parties' October 29, 2019 joint motion to dismiss, with prejudice.

We **GRANT** the motion and **DISMISS** the appeal. TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

181388F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TIM SIEGEL AND JENNIFER SIEGEL
AS NEXT FRIENDS OF LXXX
SXXXXX, A MINOR CHILD, Appellant

No. 05-18-01388-CV          V.

GALG, LLC D/B/A GOODSON GOLF &
UTILITY CARS, Appellee

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-17245.
Opinion delivered by Chief Justice Burns.
Justices Molberg and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered this 31st day of October 2019.